IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60004
Summary Calendar
_____


HERMAN J. MAYFIELD,

                                        Plaintiff-Appellant,


versus

JOHN J. CALLAHAN,
Commissioner of Social Security,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:95-CV-27LS
- - - - - - - - - -
July 29, 1997
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

     Herman J. Mayfield argues that the district court erred in

affirming the decision of the Commissioner denying supplemental

social security income.  We have reviewed the record and the

briefs of the parties and AFFIRM for essentially the reasons

adopted by the district court.  Mayfield v. Callahan, No. 4:95-

CV-27LS (S.D. Miss. Sept. 30, 1996).

_____

     [*]  Pursuant to 5TH CIR. R.  47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

AFFIRMED.